## McCurdy *v.* Traction Company.

Argued May 10, 1900.   Appeal, No. 123, April T., 1900, by defendant, in suit of H. P. McCurdy against United Traction Company, from judgment of C. P. No. 3, Allegheny Co., May T., 1899, No. 308, on verdict for plaintiff.   Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.   Opinion by ORLADY, J.

The facts sufficiently appear in the report of the preceding case.

Verdict and judgment for plaintiff for $150.   Defendant appealed.

*J. H. Beal,* with him *Knox & Reed,* for appellant.

*W. H. S. Thomson,* for appellee.

OPINION BY ORLADY, J., July 26, 1900 :

This judgment is affirmed for the reasons given in the case of Fred H. McCurdy, by his father and next friend, v. The United Traction Company, ante, p. 29.

The cases were heard together and the judgment in one determines the other.